# ARKANSAS COURT OF APPEALS

DIVISION III
No. CR–13–446

|  |  |
|---|---|
| | **Opinion Delivered** January 15, 2014 |
| LEONARD LEE MCDONALD | APPEAL FROM THE CRITTENDEN COUNTY CIRCUIT COURT |
| APPELLANT | [CR-2009-1306] |
| V. | HONORABLE RALPH WILSON, JR., JUDGE |
| STATE OF ARKANSAS | |
| APPELLEE | AFFIRMED; MOTION TO WITHDRAW GRANTED |

**RHONDA K. WOOD, Judge**

Leonard McDonald pleaded guilty in August 2010 to battery. His probation conditions required him to pay $870 in fines and not violate any state laws. Police arrested him for shoplifting in January 2013, and the State filed a revocation petition alleging that McDonald had violated these conditions.

At the revocation hearing, McDonald's probation officer testified that McDonald had not paid his fine and that he had never contacted the probation office. Next, the store clerk testified that McDonald tried to steal items from the gas station. The court found by a preponderance of the evidence that McDonald had violated his probation conditions and sentenced him to thirty-six months in prison.

McDonald's appellate counsel has filed a no-merit brief and motion to withdraw as counsel. Ark. Sup. Ct. R. 4-3(k)(1) (2013); *Anders v. California*, 386 U.S. 738 (1967). McDonald was given an opportunity to file pro se points but has declined. The rule requires counsel to address all the adverse rulings and explain why none provides a meritorious ground for reversal. Here, there were only two adverse rulings: a confrontation objection and the decision to revoke. Counsel has adequately explained why neither adverse ruling is a meritorious ground for reversal on appeal. Our review of the record and brief confirms that counsel has complied with Rule 4-3(k) and that an appeal would be meritless. We affirm the revocation and grant the motion to withdraw.

Affirmed; motion to withdraw granted.

HARRISON and GRUBER, JJ., agree.

*C. Brian Williams*, for appellant.